PROB 12AS
(7/93)

# UNITED STATES DISTRICT COURT

for

Eastern District of Missouri

### Report on Offender Under Supervision

Name of Offender: William Bialczak                                            Case Number: 4:10CR00487 RWS

Name of Sentencing Judicial Officer: The Honorable Rodney W. Sippel
United States District Judge

Date of Original Sentence: December 3, 2010

Original Offense:     Count One:  Attempt to Evade Taxes, 26 USC 7201
                      Count Two:  Attempt to Evade Taxes, 26 USC 7201

Original Sentence: One year and one day of imprisonment on both counts one and two, followed by two years of supervised release on both counts one and two, all such terms to be served concurrently.

Type of Supervision: Supervised Release                  Date Supervision Commenced: October 19, 2012
                                                         Expiration Date: October 18, 2014

---

## SUPERVISION SUMMARY

The following is being submitted to advise the Court of William Bialczak's progress since being placed on community supervision.

On October 19, 2012, Bialczak successfully completed the Residential Reentry Program and began his two-year term of supervised released. He currently lives with wife, adult daughter and mother-in-law in the suburban township of Town and Country.  Additionally, Bialczak has resumed working with his family business.

With respect to the Court imposed conditions, Bialczak appears compliant with his conditions. This includes completing an ethics class as approved by this office.  Bialczak has successfully completed his community service requirement. In fact he completed 202 hours of this at the Criminal Justice Ministry of the Society of Saint Vincent DePaul, well in excess of the 100 hours of community service required.  Bialczak has paid all Court ordered fines and restitution and continues to provide this officer with access to both his personal and business income taxes.  Furthermore, Bialczak and his brother/ codefendant continue to submit all business financial records to the independent Forensic Accountant approved by this officer.

On March 20, 2013, the Forensic Accountant conducted an audit of the Bialczak's business operations, investigating if the Bialczak brother incorporated the recommendations that were made from the April 4, 2011 forensic report that was submitted to the Court. The report from this audit was positive, with no

Report on Offender  
Under Supervision

Page 2

RE:   William  Bialczak  
      4:10CR00487 RWS

recommendations for additional changes.

Bialczak has not filed his 2012 income taxes, and reports that his personal accountant will file a request for an extension. His filing requirements will continue to be monitored.

## RECOMMENDATION:

In summary, Bialczak has made significant improvements while on community supervision. Additionally, this officer will continue to monitor Bialczak's personal and business financials and require that he submit the same with the approved Forensic Accountant for independent review.

Respectfully submitted,

by  *(signature)*  
Quincy A. Fountain  
U.S. Probation Officer

Date:  April 3, 2013

Approved by:

*(signature: Jo C. Cooper)*

Jo C. Cooper                   Date April 4, 2013  
Supervising U.S. Probation Officer

x   Agree  
___  Discharge from probation/supervised release  
___  Other

*(signature)*  
RODNEY W. SIPPEL  
UNITED STATES DISTRICT JUDGE

Dated this 4th day of April, 2013.